UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CORDALE MIDDLETON,

        Plaintiff,

                                Case No. 18-11035

vs.                             HON. GEORGE CARAM STEEH

KIMBERLY MIDDLETON,

        Defendant.
_____/

ORDER GRANTING PLAINTIFF IN FORMA PAUPERIS STATUS AND
DISMISSING CASE PURSUANT TO 28 U.S.C. § 1915(e)(2)(b)(i)

      Plaintiff Cordale Middleton, proceeding *pro se*, has filed suit against Kimberly Middleton. Based upon the information in the Application to Proceed Without Prepaying Fees or Costs, the Court grants plaintiff *in forma pauperis* status pursuant to 28 U.S.C. § 1915. For the reasons that follow, however, the Court dismisses plaintiff's complaint as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

      Plaintiff's complaint is based upon allegations of assault, defamation of character, and religious abuse and persecution. Plaintiff asserts that the Court has jurisdiction over this action pursuant to 18 U.S.C. § 1702, the Theft Penalty Enhancement Act, 18 U.S.C. § 242, and 28 U.S.C. 4101. Plaintiff does not allege sufficient facts to make out any legally cognizable

action over which this Court may have jurisdiction. The Court, therefore, finds that plaintiff's claims are frivolous because they lack an arguable basis in law or fact.

IT IS HEREBY ORDERED that plaintiff's complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

Based on the preceding order, this Court certifies that any appeal from this decision would be frivolous, not in good faith and, therefore, pursuant to 28 U.S.C. § 1915(a)(3), may not be taken *in forma pauperis*.

IT IS SO ORDERED.

Dated: April 3, 2018

>s/George Caram Steeh
>GEORGE CARAM STEEH
>UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on April 3, 2018, by electronic and/or ordinary mail and also on Cordale Middleton, 18926 Indiana St., Detroit, MI 48223.

s/Barbara Radke
Deputy Clerk